UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Lived In Images, Inc. d/b/a Hometica :
:
V. :  Civil Action
: No: _____
Tropical Stone, LLC :
-and- :
Does 1-5         DISCLOSURE STATEMENT FORM

Please check one box:

☑  The nongovernmental corporate party, __Lived In Images, Inc. d/b/a Hometica__
, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐  The nongovernmental corporate party, _____
, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

__7/17/2014__                                         __C. Shea__
Date                                                    Signature

Counsel for:   __Plaintiff Lived In Images, Inc. d/b/a Hometica__

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
(a) WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
  (1) identifies any parent corporation and any publicly held corporation owning10% or more of its stock; or
  (2) states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
  (1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
  (2) promptly file a supplemental statement if any required information changes.