UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIVED IN IMAGES, INC. d/b/a HOMETICA : <br> v. : <br> TROPICAL STONE, LLC : <br> and : <br> DOES 1-5 : | NO. 2:14-cv-04312-MSG |

## NOTICE OF APPEARANCE

TO THE CLERK:

Kindly enter my appearance on behalf of Plaintiff Lived In Images, Inc. d/b/a Hometica in the above-captioned action.

                                    GRIESING LAW, LLC

By:   **/s/ Francine Friedman Griesing**
        Francine Friedman Griesing, Esquire
        PA Identification Nos. 48982
        1717 Arch Street
        Suite 3630
        Philadelphia, PA 19103
        215-618-3720
        215-814-9049 [fax]
        fgriesing@griesinglaw.com

Dated: July 18, 2014